USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 MAY 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT POINDEXTER,

        Plaintiff,

-against-

EMI RECORD GROUP INC,

        Defendant

---

No. 11 Civ. 0559 (LTS)

REPLY TO NOTICE
OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned Pro Se Plaintiff herein ( I, Me, My), in response to Defendant's Notice Of Appearance, agree to address all correspondence going forward herein to Capitol Records, LLC ["Capitol"] instead of EMI Record Group Inc. [EMI], as requested.

    The Complaint was filed against EMI because all pre-court correspondence was between EMI and I, and EMI never informed me that I should be addressing Capitol instead. Also the album containing the infringed master list the name "EMI North America," and no Capitol.

    Defendant did not explain in the Notice of Appearance why Capitol should now be the defendant, therefore I am basing my reply on the condition that Capitol will accept the full responsibility of answering and complying with the court's resolution of the Complaint.

Dated May 24, 2011

                                    *(signature)*
                              ROBERT POINDEXTER/PRO SE
                              153-27 120th Ave
                              Jamaica N.Y. 11434
                              (718) 322-7813