**COWAN LIEBOWITZ LATMAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/11

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Eric J. Shimanoff
(212) 790-9226
ejs@cll.com

September 8, 2011

RECEIVED
SEP 09 2011
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

<u>Via Facsimile (212) 805-0426</u>

Hon. Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Poindexter v. EMI Record Group Inc.</u>, No. 11 Civ. 0559 (LTS) (JLC)

Dear Hon. Judge Swain:

We represent Defendant Capitol Records, LLC ("Capitol"), incorrectly named as EMI Record Group Inc., in the above-referenced action. On June 3, 2011, Capitol moved to dismiss Plaintiff's complaint for, *inter alia*, lack of subject matter jurisdiction. On or about June 22, 2011, Plaintiff, appearing *pro se*, filed but did not serve an amended complaint in this action. On September 2, 2011, the Court accepted Plaintiff's amended complaint, denied Capitol's motion to dismiss without prejudice as moot, and ordered Plaintiff to serve the amended pleading. Plaintiff mailed the amended pleading directly to Capitol on Friday, September 2, 2011. Capitol's deadline to respond to Plaintiff's amended complaint is September 19, 2011.

Capitol respectfully requests that the Court extend Capitol's deadline to answer or otherwise move with respect to the amended complaint through and including October 14, 2011.

The extra time will allow Capitol to fully examine and respond to Plaintiff's amended claims. No prior request for an extension has been made regarding the amended complaint and Plaintiff has consented to this extension.

Respectfully submitted,

Eric J. Shimanoff

The request is GRANTED.

SO ORDERED:

Hon. James L. Cott
United States Magistrate Judge
9/9/11

cc:   Robert Poindexter (via Federal Express)

23678/000/1242558.1

USDC SDNY
DATE SCANNED  9/12/11