# ROBERT POINDEXTER
153-27 120 Avenue
Jamaica N.Y. 11434
(718) 322-7813

October 19, 2011

The Honorable Judge Laura Swain
United States District Court
Southern District of New York

Robert Poindexter (Plaintiff)
-against-
EMI Record Group Inc (Defendant)
No. 11 Civ. 559 (LTS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 6 OCT 2011
```

**RE: REQUEST FOR AN EXTENSION TO ANSWER MOTION TO DISMISS**

**MEMO ENDORSED**

Judge Swain

This is a letter to the court to request the above referenced. I received the Motion to Dismiss October 16. Out of professional curtsey, I previously agreed to an extension for the Defendant; this is the first extension that I have requested. My understanding of the rules is that I have thirteen business days from the date of service to file my opposition.

I am requesting the court to give me until November 15th to file my opposition to the Motion to Dismiss. Out of apparent professional curtsey, The Defendant's lawyer Eric Shimanoff has agreed to the extension on the condition that I agree to give him until December 13, 2011 to file his reply, which I agreed to (relevant emails attached).

Respectfully yours
Robert Poindexter
Pro Se Plaintiff

cc: Eric Shimanoff

*The request is granted.*

SO ORDERED.
NEW YORK NY
Oct 26, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to Mr Poindexter
Chambers of Judge Swain
10-26-11