Case 1:11-cv-00559-LTS-JLC   Document 34   Filed 12/16/11   Page 1 of 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/11

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

ROBERT POINDEXTER

Plaintiff

Against

EMI RECORD GROUP INC

No. Civ. 559 (LTS)

NOTICE OF MOTION
TO FILE SUR REPLY

MEMO ENDORSED

   **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Robert Poindexter [I, me, my], and all of the prior pleadings and proceedings in this action, I will move the Court, before the Honorable Judge Laura Taylor Swain, United States District Judge, Southern District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 10Ak, New York, New York 10007, for an order Pursuant to Federal R. Civ. P. 12(b)(6) Rule, 6.1(b) granting me the right to file a Sur Reply to Defendant's Reply to my opposition to the Motion to Dismiss.

   Pursuant to paragraph 2.B of the Individual Practices of Judge Laura Taylor Swain, I have used my best effort to resolve informally the matters raised in the Amended Complaint and Motion papers, including an offer to resolve the matter out of court for a token amount of royalties. Defendant has outright refused to even consider my offer(s) of compromise.

   **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: New York, New York
       December 15, 2011

By: _____
ROBERT POINDEXTER/PRO SE
153-27 120th Avenue
Jamaica N.Y. 11434
(718) 322-7813

*Copies mailed/faxed to Mr. Poindexter 1-3-2012 Chambers of Judge Swain*

The request for permission to file a surreply is denied. This endorsed order resolves docket entry No. 34.

SO ORDERED.

NEW YORK, NY
Jan 3, 2012

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 03 2012